IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. W20-141M |
| | * | |
| CECILY ANN AGUILAR | * | |

ORDER FOR ISSUANCE OF WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Came on the application of the United States of America, representing that this cause is set for hearing in Waco, Texas, on the 6th day of July, 2020; that the Defendant is now incarcerated, and in the custody of the Sheriff, Bell County, Texas; that justice demands Defendant's presence at such proceedings; and the Government prays the Court to direct the issuance of a Writ of Habeas Corpus Ad Prosequendum for the attendance of said Defendant; and the Court, being of the opinion that the application should be granted; it is, therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Sheriff, Bell County, Texas, directing that said Defendant be delivered into the custody of the United States Marshal, and directing the Marshal to bring the Defendant before this Court in Waco, Texas, on the 6th day of July, 2020, at 11:00 A.M., for the purpose of said hearing, and any further proceedings to be had in this cause and at the conclusion of said proceedings to return said Defendant to the custody of the Sheriff, Bell County, Texas.

SIGNED and ENTERED at Waco, Texas, on this 2nd day of July, 2020.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE