UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CRIMINAL NO. W20-141M |
| | * | |
| CECILY ANN AGUILAR | * | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **SHERIFF, BELL COUNTY, TEXAS**

GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of **CECILY ANN AGUILAR** a prisoner in your custody, for appearance in the *Federal Court located at 800 Franklin Avenue in Waco, Texas* on the **6th day of July, 2020, at 11:00 a.m.**, and there to remain in the custody of the said Marshal, or his duly authorized representative, during the hearing in the above-styled cause and, upon termination of such hearing, to return the said **CECILY ANN AGUILAR** to the custody of **SHERIFF, BELL COUNTY, TEXAS.**

This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance

HEREIN, FAIL NOT, but make due return of this Writ.

WITNESS the Honorable **JEFFREY C. MANSKE**, U. S. Magistrate Judge, Western District of Texas, Waco Division, and the Seal of this Court hereto affixed this **2nd day of July, 2020.**

JEANNETTE J. CLACK, CLERK

By: _____
Akeita Michael
Deputy Clerk